

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Floyd Brissette, Sr. | Civil Action No.   12cv1096 AJB(WMC) |
| Plaintiff, | |
| V. | |
| Matthew Cate, Secretary, et al | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court adopts in full Magistrate Judge McCurine's well-reasoned Report and Recommendation and grants Respondent's motion to dismiss. The petition is dismissed with prejudice. The Court denies a certificate of appealability.

Date:          6/21/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/ C. Ecija

C. Ecija, Deputy